THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* GIUSEPPE LEONTI, Appellant.

(Argued October 23, 1934; decided December 4, 1934.)

*Samuel Stark, Joseph S. Gershman* and *Joseph Pascocello* for appellant.

*William Copeland Dodge,* District Attorney (*John C. McDermott* and *Ambrose J. Delehanty* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.